UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| EZELL ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 1:18-CV-296 NAB |
| KEITH OVERTON, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion Concerning Appointment of Pro Bono Neutral. [Doc. 45.] The Court ordered the parties to participate in alternative dispute resolution-mediation ("ADR"). [Docs. 32, 36.] The parties completed the mediation on December 16, 2019. The neutral filed an ADR Compliance Report and informed the Court that the parties participated in good faith, but did not achieve settlement. [Doc. 39.] The neutral also filed a request for compensation as a pro bono neutral. [Doc. 40.]

In the present motion, Plaintiff asserts that he is currently incarcerated at the Southeastern Correctional Center. Plaintiff, through counsel, asserts that he is indigent with limited financial resources. He seeks Court approval for retroactive appointment of a pro bono neutral so that the neutral can be reimbursed for Plaintiff's portion of the neutral's services during the mediation. Based on the foregoing, the Court will approve appointment of Stephen Limbaugh, Sr. as a pro bono neutral in this action effective October 29, 2019, the date of the Notice of Appointment of Neutral.

Accordingly,

2

**IT IS HEREBY ORDERED** that Plaintiff's Motion Concerning Appointment of Pro Bono Neutral is **GRANTED**.  [Doc. 45.]

**IT IS FURTHER ORDERED** that Stephen Limbaugh, Sr. is appointed as pro bono neutral in this action effective October 29, 2019.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of May, 2020.